IN THE
UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

Dion Thompson
    Plaintiff

vs                                   CASE NO 3:20CV779NJR

Dylan Hagene
    Defendant

## MOTION TO ALTER OR AMEND JUDGMENT

Under Federal Rule of Civil Procedure 59(e), Plaintiff Dion Thompson is bringing this motion to alter or amend the judgment in the above entitled cause of action. In support of this motion Plaintiff, Dion Thompson states the following:

1. On date March 5th 2021, the Honorable Judge Nancy J. Rosenstengel dismissed plaintiffs suit from a motion filed by defendant Dylan Hagene to dismiss for failure to prosecute.

2. In that motion, defendant states that plaintiff did not notify the courts and his attorny of my change of address. This is simply not true.

    A. Plaintiff received a letter from the courts to change his address or the case will be dismissed.

    B. Plaintiff did just that by hand writing a letter to the courts and placing it in the United States

Post Bail ... "Rodney Complex ... Paramus Senior Citizen Community", 2025 Dolton Rd, Calumet City, Ill 60409.

2. Plaintiff did such on date approx Feb. 2021.

3. Plaintiff has a colorable cause of claim and feels his case should not have been dismissed.

4. Plaintiff has no control over the United States Postal Office and maybe the mail was lost or misplaced in the US Postal.

Wherefore, Plaintiff prays that this Honorable Court grants this motion and proceed with the cause of action above

Respectfully Submitted

_(signature)_

Dion Thompson
56 Dawn Ln
Calumet City, IL 60409
(312) 970-4693
March 17th 2021

Dion Thompson
56 Dawn Ln
Calumet City IL
60409

S SUBURBAN IL 604

19 MAR 2021 PM 7 L

MAIL CLEARED
US MARSHALS

United States District Court
750 Missouri Ave
East St. Louis, Ill
62201

62201-295429

RECEIVED
MAR 2 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE